JONES DAY
Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Cindi L. Ritchey, Bar No. 216899
critchey@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:      +1.858.314.1200
Facsimile:      +1.844.345.3178

Attorneys for Defendant
SAPUTO DAIRY FOODS USA, LLC

MATERN LAW GROUP PC
Matthew J. Matern, Bar No. 159798
mmatern@maternlawgroup.com
Mikael H. Stahle, Bar No. 182599
mstahle@maternlawgroup.com
Irina A. Kirnosova, Bar No. 312565
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California  90266
Telephone:      +1.310.531.1900
Facsimile:      +1.310.531.1901

Attorneys for Plaintiff
NATALY LOPEZ VARGAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALY LOPEZ VARGAS, an individual, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 1:22-cv-01645-DJC-JDP<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER TO MAINTAIN STAY PENDING FINAL SETTLEMENT APPROVAL**<br><br>Complaint Filed:  November 21, 2022 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") and Plaintiff Nataly Lopez Vargas ("Vargas" or "Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Joint Status Report and Stipulation.

## STATUS OF LAWSUIT

1.      On November 20, 2023, the Court stayed this case pending final approval of a global settlement that includes this action ("Global Settlement"), which the Parties are currently pursuing through the related action *Martinez v. Saputo Dairy Foods USA, LLC*, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) ("*Martinez* PAGA Action"), and ordered the Parties to file a joint status report apprising the Court of the date set for a hearing on the motion for final settlement approval. (*See* ECF No. 30.)

2.      On August 14, 2024, the court in the *Martinez* PAGA Action granted the Parties' Motion for Preliminary Approval of the Global Settlement and set a Hearing on Final Approval of the Global Settlement for February 10, 2025 at 8:30 a.m.

3.      The Parties hereby enter into the following stipulation, subject to court approval, to maintain the stay of the proceedings pending final approval of the Global Settlement.

///

///

///

///

///

///

///

///

///

///

///

JOINT STATUS REPORT AND STIPULATION
TO MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:22-cv-01645-ADA-HBK

1

**<u>STIPULATION</u>**

2

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

3

    1.    This action shall remain stayed pending final approval of the Global Settlement

4

through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

5

    2.    In the event the court does not grant final approval of the Global Settlement in the

6

*Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was

7

stayed.

8

    **IT IS SO STIPULATED.**

9

10

11

Dated: November 25, 2024          JONES DAY

12

13

By: */s/ Koree B. Wooley*
Koree B. Wooley

14

Attorneys for Defendant SAPUTO DAIRY

15

FOODS USA, LLC

16

Dated: November 25, 2024          MATERN LAW GROUP PC

17

18

By: */s/ Mikael H. Stahle* (as authorized on
11/25/24)
Mikael H. Stahle

19

Attorneys for Plaintiff NATALY LOPEZ VARGAS

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND STIPULATION
TO MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:22-cv-01645-ADA-HBK

1

## **ORDER**

2

      Having considered the Joint Stipulation between all Parties, and good cause appearing,

3

      1.    This action shall remain stayed pending final approval of the Global Settlement

4

through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

5

      2.    In the event the court does not grant final approval of the Global Settlement in the

6

*Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was

7

stayed.

8

      3.    The parties shall file a joint status report within fourteen days after the hearing on

9

Final Approval of the Global Settlement advising this Court on the status and/or outcome of the

10

Global Settlement in the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.)

11

and shall promptly notify the Court of any change in said hearing's date.

12

13

      IT IS SO ORDERED.

14

15

Dated:  November 26, 2024          /s/ Daniel J. Calabretta

16

                        THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT AND STIPULATION
TO MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:22-cv-01645-ADA-HBK