1  JONES DAY
   Koree B. Wooley, Bar No. 294489
2  kbwooley@jonesday.com
   Cindi L. Ritchey, Bar No. 216899
3  critchey@jonesday.com
   Jayce E. Gustafson, Bar No. 344961
4  jgustafson@jonesday.com
   4655 Executive Drive
5  Suite 1500
   San Diego, California  92121.3134
6  Telephone:     +1.858.314.1200
   Facsimile:     +1.844.345.3178
7
   Attorneys for Defendant
8  SAPUTO DAIRY FOODS USA, LLC

9  MATERN LAW GROUP PC
   Matthew J. Matern, Bar No. 159798
10 mmatern@maternlawgroup.com
   Mikael H. Stahle, Bar No. 182599
11 mstahle@maternlawgroup.com
   Irina A. Kirnosova, Bar No. 312565
12 1230 Rosecrans Avenue, Suite 200
   Manhattan Beach, California  90266
13 Telephone:     +1.310.531.1900
   Facsimile:     +1.310.531.1901
14
   Attorneys for Plaintiff
15 NATALY LOPEZ VARGAS

16

17                    **UNITED STATES DISTRICT COURT**

18                    **EASTERN DISTRICT OF CALIFORNIA**

19

20 NATALY LOPEZ VARGAS, an individual, on          Case No. 1:22-cv-01645-DJC-JDP
   behalf of herself and all others similarly
21 situated,                                        **JOINT STATUS REPORT;
                                                     STIPULATION AND ORDER TO**
22             Plaintiff,                            **MAINTAIN STAY PENDING FINAL
                                                     SETTLEMENT APPROVAL**
23        v.
                                                     Complaint Filed:  November 21, 2022
24 SAPUTO DAIRY FOODS USA, LLC, a
   Delaware limited liability corporation; and
25 DOES 1 through 10, inclusive,

26             Defendants.

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendant Saputo Dairy Foods USA, LLC ("Saputo" or "Defendant") and Plaintiff Nataly Lopez Vargas ("Vargas" or "Plaintiff") (collectively, the "Parties"), by and through their respective attorneys of record, submit the following Joint Status Report and Stipulation.

## STATUS OF LAWSUIT

1.    On November 26, 2024, the Court entered the Parties' stipulation to maintain the stay of this action pending final approval of a global settlement that includes this action ("Global Settlement"), which the Parties are currently pursuing through the related action *Martinez v. Saputo Dairy Foods USA, LLC*, Case No. VCU294960 (Tulare Cnty. Sup. Ct.) ("*Martinez* PAGA Action"), and ordered the Parties to file a joint status report within fourteen days after the hearing on the Parties' Motion for Final Approval of the Global Settlement (the "Final Approval Hearing"). (*See* ECF No. 35.)

2.    On February 10, 2025, the Parties appeared for the Final Approval Hearing in the *Martinez* PAGA Action.  The Court heard additional argument regarding Plaintiffs' request for attorneys fees and took the Motion for Final Approval under submission.  As of the filing of this status report, the Court has not yet issued a decision on the Motion for Final Approval.

///

///

///

///

///

///

///

///

///

///

///

JOINT STATUS REPORT; STIPULATION TO
MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:22-cv-01645-ADA-HBK

1 <u>**STIPULATION**</u>

2 **IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

3       1.      This action shall remain stayed pending final approval of the Global Settlement

4 through the *Martinez* PAGA Action, Case No. VCU294960 (Tulare Cnty. Sup. Ct.).

5       2.      In the event the court does not grant final approval of the Global Settlement in the

6 *Martinez* PAGA Action, the Parties shall return to status quo as existed before this action was

7 stayed.

8       3.      The Parties will file a joint status report within fourteen days of a decision on the

9 Motion for Final Approval of the Global Settlement in the *Martinez* PAGA Action.

10

11 **IT IS SO STIPULATED.**

12

13

14 Dated: February 24, 2025                JONES DAY

15

                                          By:  */s/ Koree B. Wooley*
16                                        Koree B. Wooley

17                                        Attorneys for Defendant SAPUTO DAIRY
18                                        FOODS USA, LLC

19 Dated: February 24, 2025                MATERN LAW GROUP PC

20
                                          By:  */s/ Mikael H. Stahle* (as authorized on 2/24/25)
21                                        Mikael H. Stahle

22                                        Attorneys for Plaintiff NATALY LOPEZ VARGAS

23

24

25

26

27

28
JOINT STATUS REPORT; STIPULATION TO
MAINTAIN STAY PENDING FINAL
SETTLEMENT APPROVAL
1:22-cv-01645-ADA-HBK

1

## ORDER

2    Having considered the Joint Stipulation between all Parties, and good cause appearing,

3    **IT IS SO ORDERED.**

4

5    Dated:  February 25, 2025                    /s/ Daniel J. Calabretta

                                                   THE HONORABLE DANIEL J. CALABRETTA
6                                                  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                 JOINT STATUS REPORT; STIPULATION TO
                                                   MAINTAIN STAY PENDING FINAL
                                                   SETTLEMENT APPROVAL
                            3                      1:22-cv-01645-ADA-HBK